IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
16 NOV 16 AM 10: 30
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

        Plaintiff,

-vs-

Elijah Agnew,

        Defendant.

Case No. 3:16-cr-125

Chief Magistrate Judge Ovington

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, Elijah Agnew, hereby waives his right to a speedy trial in order to be set for a Pretrial Conference on January 4, 2017. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 11-16-16

_____
Sharon L. Ovington
Chief United States Magistrate Judge

Defendant: _____

Defense Counsel: _____